IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FRED DOUGLAS HOLMES, )<br>o/b/o EDWARD CLYDE HOLMES, )<br>            )<br>    Plaintiff,     )<br>            )<br>v.          )<br>            )   CASE NO. 3:07-cv-490-MHT<br>DEPARTMENT OF VETERANS )   [wo]<br>AFFAIRS, Central Alabama, )<br>Veterans Health Care )<br>System,          )<br>            )<br>    Defendant.    ) | |

## **ORDER**

There being no timely objections filed to the Recommendation of the Magistrate Judge filed herein on October 31, 2007 (Doc. 14), and upon an independent and de novo review of the file in this case, it is the ORDER of this court as follows:

(1)  The Recommendation of the Magistrate Judge (Doc. 14) is ADOPTED.

(2)  Department of Veterans Affairs Motion to Dismiss (Doc. 7) is GRANTED for lack of subject matter jurisdiction.

(3)  The case be DISMISSED without prejudice.

(4)  An appropriate judgment will be ENTERED.

DONE, this the 28th day of November, 2007.

           /s/ Myron H. Thompson           
UNITED STATES DISTRICT JUDGE