IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FRED DOUGLAS HOLMES, )<br>o/b/o EDWARD CLYDE HOLMES, )<br>   )<br>Plaintiff, )<br>   )<br>v. )<br>   )<br>DEPARTMENT OF VETERANS )<br>AFFAIRS, Central Alabama, )<br>Veterans Health Care )<br>System, )<br>   )<br>Defendant. ) | CASE NO. 3:07-cv-490-MHT<br>[wo] |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this action is DISMISSED without prejudice.

Costs are TAXED against plaintiff, for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 28th day of November, 2007.

    /s/ Myron H. Thompson    
UNITED STATES DISTRICT JUDGE